# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 04-cv–00915-REB-MEH

FOREIGN MISSION FOUNDATION, an Oregon Charitable Foundation,

    Plaintiff,

v.

GLEN W. HILKER,
LARRY M. BAKER,
H.B. INVESTORS, LLC, a Colorado Limited Liability Company,
HSB DEVELOPMENT COMPANY, LLC, a Colorado Limited Liability Company,
WESTCO INVESTMENTS AND FINANCE, INC., a Colorado Corporation,
TRICORD, LLC, a Colorado Limited Liability Company,
BROOKSHIRE DEVELOPMENT COMPANY, LLC, a Colorado Limited Liability Company,
CANTON FINANCIAL SERVICES, INC., a California Corporation,
MICHAEL CANTON, individually
PROJECT DACONO, LLC,

    Defendants.

## ORDER

**Blackburn, J.**

    The matters before me are the parties' (1) **Stipulation for Entry of Judgment** [#79], filed February 14, 2006, and (2) **Stipulation for Entry of Judgment** [#80], filed February 14, 2006.  After careful review of the stipulations and the file, the court has concluded that the stipulations should be approved, and the following orders entered.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the parties' **Stipulation for Entry of Judgment** [#79], filed February 14, 2006, and the **Stipulation for Entry of Judgment** [#80], filed February 14, 2006, are

**APPROVED**;

      2.  That judgment **SHALL ENTER** in favor of plaintiff, Foreign Mission Foundation, and against defendants, Glen W. Hilker, H.B. Investors, LLC, HSB Development Company, LLC, Westco Investments and Finance, Inc., and Tricord, LLC, in the amount of $500,000.00, jointly and severally;

      3.  That judgment **SHALL ENTER** in favor of plaintiff, Foreign Mission Foundation, and against defendants, Larry M. Baker and Brookshire Development Company, LLC, as well as against non-party First American Properties, Inc., which has stipulated to the entry of judgment against it even though it is not named as a defendant in the action, in the amount of $500,000.00, jointly and severally; and

      4.  That plaintiff is **AWARDED** post-judgment interest on each judgment from the date of this order until each judgment is fully paid, pursuant to 28 U.S.C. § 1961.

      Dated February 22, 2006, at Denver, Colorado.

                                **BY THE COURT:**

                                **s/ Robert E. Blackburn**
                                **Robert E. Blackburn**
                                **United States District Judge**